1  DENNIS M. GONZALES, State Bar No. 59414  JS-6
   dgonzales@lbaclaw.com
2  NATHAN OYSTER, State Bar No. 225307
   noyster@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
4  Glendale, California  91210-1219
   Telephone No. (818) 545-1925
5  Facsimile No. (818) 545-1937

6  Attorneys for Defendants
   County of Los Angeles, Los Angeles County
7  Sheriff's Department, Sgt. Faye A. Bugarin,
   Brian Kinoshita, Rodney Adams, Elizabeth Gonzalez,
8  Joseph Luther, Clifford Jones, and Daniel Sandoval

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA G. SAPINOSO, individually, et al., | Case No. CV 09-05607 VBF (RCx) |
| | Honorable Valerie Baker Fairbank |
| Plaintiffs, | **ORDER DISMISSING ENTIRE ACTION** |
| vs. | *[Stipulation to Dismiss filed concurrently herewith ]* |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to Stipulation entered into by Defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SGT. FAYE A. BUGARIN, DEPUTY BRIAN KINOSHITA, DEPUTY RODNEY ADAMS, DEPUTY ELIZABETH GONZALEZ, DEPUTY JOSEPH LUTHER, DEPUTY CLIFFORD JONES and DEPUTY DANIEL SANDOVAL and Plaintiffs DELIA G. SAPINOSO and J. G., a minor, by and through his guardian

ad Litem, Alpha Garcia, individually and as successors in interest to the ESTATE OF DENNIS SAPINOSO, Deceased, IT IS HEREBY ORDERED as follows:

1. This entire action is dismissed with prejudice; and
2. Each side is to bear their own costs.

IT IS SO ORDERED.

DATED: August 23, 2010

_____
HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

2

Sapinoso\Proposed Order re Dismissal